UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/19

-against-

17-CR-512 (KMW)

**ORDER**

GABRIEL GUILLEN,

Defendant.

----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

The conference scheduled for December 18, 2019 at 2:30 p.m. is cancelled.

SO ORDERED.

Dated: New York, New York
December 17, 2019

*Kimba M. Wood*

KIMBA M. WOOD
United States District Judge