USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

GABRIEL GUILLEN,

Defendant.

-----------------------------------------------------------X

17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

The defendant's sentencing will take place on March 12, 2020, at 1:30 p.m.

The Presentence Investigation Report was submitted to the Court on August 1, 2019.

The Court has received the parties' sentencing submissions.

SO ORDERED.

Dated: New York, New York
February 19, 2020

_____
KIMBA M. WOOD
United States District Judge