UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES,

        -against-

GABRIEL GUILLEN,

------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/20

17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Thursday, March 12, 2020, at 1:30 p.m., is adjourned *sine die*.

SO ORDERED.

Dated: New York, New York
       March 11, 2020

                                                  KIMBA M. WOOD
                                         United States District Judge