UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

GABRIEL GUILLEN,

        Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/20
```

CONSENT TO PROCEED REMOTELY

17 Cr. 512 (KMW)

Defendant GABRIEL GUILLEN hereby voluntarily consents, after consultation with counsel, to participate in the following proceeding via videoconference, or via telephone conference if video teleconferencing is not reasonably available:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail Hearing

___   Status and/or Scheduling Conference

___   Plea

_x_   Sentencing

*Gabriel Guillen*
*Verbal consent obtained on record*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

*Gabriel Guillen*
Print Defendant's Name

*[signature]*
Defense Counsel's Signature

PATRICK JOYCE
Print Defense Counsel's Name

This proceeding was conducted by reliable [ videoconferencing / telephone conference ] technology.

12/21/20
Date

*Kimba M. Wood*
U.S. District Judge